

**COURT OF APPEALS, FIRST DISTRICT**
301 Fannin Street HOUSTON
Houston, Texas 77002-2066

23 DEC '14

RE:  Case No. 01-14-00894-CR

Style:  Juan Cerda Alvarado
v.  The State of Texas



U.S. POSTAGE ≫ PITNEY BOWES

December 23, 2014

ZIP 77002  **$ 000.34**
02 1W
0001372104 DEC 23 2014

On December 23, 2014, the Court today **GRANT** court reporter's(s) request for extension of time to file the reporter's record in the referenced cause to and including January 23, 2015.

T. C. Case # 11-DCR-058831          Christopher A. Prine, Clerk of the Court

Juan Cerda Alvarado
#0017015A
1410 Williams Way Blvd
Richmond  TX  77469

UTF

*NLH*



NIXIE      773    DO 1            0004/00/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 77002206699      *0593-05266-09-27